UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| WYATT SOCHIN,<br><br>      Plaintiff,<br><br>vs.<br><br>COMPLETE PAYMENT RECOVERYSERVICES, INC.,<br><br>      Defendant. | Case No.: 3:17-cv-00365 |

## **STIPULATION OF DISMISSAL**

      COMES NOW Plaintiff WYATT SOCHIN, by and through his attorney of record, Susan S. Lafferty, and Defendant COMPLETE PAYMENT RECOVERYSERVICES, INC., by and through its attorney of record, Elaina S. Al-Nimri, to notify the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request that this Court dismiss the action with prejudice, with both parties to bear their own costs.

Date: April 26, 2017

| | |
|---|---|
| s/ Susan S. Lafferty   .<br>*Attorney for Plaintiff*<br>*Wyatt Sochin*<br>Susan S. Lafferty, CPA, Esq.<br>Lafferty Law Firm, P.C.<br>555 Marriott Drive, suite 315<br>Nashville, TN 37229<br>Telephone: (615) 878-1926<br>Facsimile: (615) 472-7852<br>Email: SusanL@laffertylawonline.com | s/ Elaina S. Al-Nimri   .<br>*Attorney for Defendant*<br>*Complete Payment Recovery Services, Inc.*<br>Elaina S. Al-Nimri, Esq.<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-7766<br>Facsimile: (615) 248-4075<br>Email: eal-nimri@bassberry.com |